510 F.2d 961
 Application of William JONES et al., Petitioners-Appellants,
v.
Robert C. MEADE et al., First Respondents-Appellees,
Hector H. Gayle, Executive Director, et al., Second
Respondents-Appellees,
John Maylott and Gerald B. Cruise, Department, of Housing
and Urban Development, Third Respondents-Appellees.
 No. 528, Docket 74--2030.
 United States Court of Appeals,
Second Circuit.
 Submitted Jan. 9, 1975.
Decided Feb. 10, 1975.
 
 Robert Rivers, Westbury, N.Y., for petitioners-appellants.
 Richard J. Osterndorf, Mineola, N.Y., for first respondents-appellees.
 Ralph A. Nappi, Port Washington, N.Y., for second respondents-appellees.
 Harold J. Friedman, Asst. U.S. Atty. (David G. Trager, U.S. Atty., E.D.N.Y., Paul B. Bergman, Asst. U.S. Atty., of counsel), for third respondents-appellees. BJ Before SMITH, OAKES and TIMBERS, Circuit Judges.
 PER CURIAM:
 
 
 1
 The order of the district court is affirmed for the reasons set forth in Judge John R. Bartels' opinion, 378 F.Supp. 286 (E.D.N.Y.1974).